

FILED
CLERK, U.S. DISTRICT COURT

APR 2 8 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 15-MJ 0746 |
| v. | |
| Kenneth Andre Jamerson | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u> _____, IT IS ORDERED that a detention hearing
is set for <u>May 4, 2015</u> _____, _____, at <u>2:30</u> ☐a.m. / ☒p.m. before the
Honorable <u>Jean P. Rosenbluth</u> _____, in Courtroom <u>827-A</u> .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>4/28/15</u>

*(signature)*
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)